United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

―――――――――――――――

No. 06-20324
Conference Calendar

―――――――――――――――

UNITED STATES OF AMERICA,

                                Plaintiff-Appellee,

versus

JOSE TREVINO-DAVILA, also known as Jose Davila Trevino, also
known as Jose Trevino,

                                Defendant-Appellant.

―――――――――――――――――
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-356-ALL
―――――――――――――――――

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

        Appealing the Judgment in a Criminal Case, Jose Trevino-

Davila raises arguments that are foreclosed by <u>Almendarez-Torres</u>

<u>v. United States</u>, 523 U.S. 224, 235 (1998), which held that

8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate

criminal offense.  The Government's motion for summary affirmance

is GRANTED, and the judgment of the district court is AFFIRMED.

―――――――――――――――

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.